UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL LOUIS PAOLONE,

    Plaintiff,

        v.                        Civil Action No. 05-2300 (JDB)

ROBERT MUELLER,

    Defendant.

## ORDER

Plaintiff, appearing *pro se,* has filed this action against Robert Mueller, Director, Federal Bureau of Investigation and Timothy Healy, Special Agent, Federal Bureau of Investigation. The complaint does not provide the addresses of the defendants. Accordingly, it is

**ORDERED** that pursuant to Local Rule 5.1(e), plaintiff provide to the Court the addresses of defendants in order for the United States Marshal to effect service. It is

**FURTHER ORDERED** that if plaintiff fails to submit the addresses within 30 days, the defendants may be dismissed.

_____
JOHN D. BATES
United States District Judge

DATE: December 6, 2005