Attorney Pro Se
Michael L. Paolone
Utah State Prison
P.O. Box 250
Draper, UT 84020

RECEIVED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

December 13, 2005

RE: PAOLONE v MUELLER, et al. 05-2300 (JDB)
Subject: Defendants Addresses.

Dear Judge John D. Bates,
Clerk of Court Nancy Mayer-Whittington,

On 12-13-05 I recieved the courts order dated and mailed 12-06-05, the filing was delayed in prison mail because it did not have "Legal Mail" or "open in presence of prisoner" on the envelope. The court requests the addresses of defendants Robert T. Mueller; Agent Timothy J. Healy to effect service. The only address that the FBI Headquarters will provide for subpoena and civil matters such as this, in regards to service is as follows;

| TIMOTHY J. HEALY | ROBERT T. MUELLER |
| --- | --- |
| CIVIL LITIGATION UNIT | CIVIL LITIGATION UNIT |
| OFFICE OF GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL |
| FEDERAL BUREAU OF INVESTIGATION | FEDERAL BUREAU OF INVESIGATION |
| 935 PENNSYLVANIA AVE, N.W. | 935 PENNSYLVANIA AVENUE, N.W. |
| WASHINGTON, DC 20535-0001 | WASHINGTON, DC 20535-0001 |

In late 2004 when this information began to surface, efforts were made to make various requests for information from the FBI concerning agent Healy, each time we were directed to General Counsel, never would they provide information as to the address of the agent. I have continued requests for information with even now pending FOIA-PA requests, still the only address for FBI Personnel is above. In short, I don't believe the FBI is going to allow me to access this information as to the Director of the FBI and Agent Healy, nor do I have availability of the internet to try and track it down. Actually, I have no resources I am locked in a 12 x 14 cell and out 1.25 hours every 48 hours, I simply don't know what else I can do other than provide the address, the only address that the FBI will give

* PLEASE NOTIFY ME IF THIS IS SUFFICIENT TO COMPLY WITH THE COURTS ORDER. A.S.A.P.

me in this matter. I will continue to attempt to determine another address, but my resources are limited, I reside in a 12x14 cell with 1.25 hours out every 48 hours. I have in the past 6 months requested service information from the following as well as requested some resolution to these issues prior to filing a civil action:

(A) FBI DIRECTOR ROBERT T. MUELLER   (B) DEPT OF JUSTICE LITIGATION UNIT   (C) ATTORNEY GENERAL ALBERTO GONZALEZ. (D) FBI GENERAL COUNSEL

I have never recieved response. In all respect for the court, I simply don't know what else I can do. I take this matter and the court very seriously, in no way do I make light of a us citizen, incarcerated or not, levying accusations at our government. My fathers brother served in the United States Secret Service his entire career, my father served this country in the armed services for the freedoms I have. If at any point they would tell me, michael, your wrong, I would not continue this matter before this court. I am asking the court to assist me in this matter of service address, if the address provided cannot be used under Fed.r.Civ. P. 5(b)(2)(ii) and 5(b)(2),(c), I do not have this courts local rules.

I would also renew my motion and request for counsel for these matters, please advise me of anything the court suggests.

Respectfully,

[signature]

12-13-05