Michael L. Paolone
Central Utah Correctional Facility
P.o. Box 550
Gunnison, Utah 84634-6550

December 14, 2005

RE: CASE NO. 05-2300 JDB

Dear Clerk of Court
US District Court
333 Constitution, Ave. N.W
Washington, DC 20001

Please change my service address to the above identified address

Thanks,