UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_MICHAEL L. MALONE_
Plaintiff(s)

vs

Civil Action No. _05-2300 JDB_

_ROBERT MUELLER, ET AL_
Defendant(s)

**FILED**

JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The plaintiff(s) was granted leave to proceed <u>in forma pauperis </u>to file this action. The Court authorized

the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is

listed below.

_TIMOTHY J. HEALY_

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect

service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the

attached form and file it with the Court by _February 13, 2006_   Pursuant to Local Rule

5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

UNITED STATES DISTRICT JUDGE

Dated - January 30, 2006

Rev. 1/01