UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Michael L. Paolone_

vs.                                    C.A. No. _05-2300 JDB_

_Robert Mueller, et al_

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: _____

Defendant's address: _____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____

Defendant's address: _____
_____


Defendant's name: _____