Attorney PRO SE

MICHAEL L. PAOLONE

C.U.C.F. LEGAL MAIL

P.O. Box 550

Gunnison, Utah 84634

Febuary 8, 2006

RE: 05-2300 JDB

MICHAEL L. PAOLONE
v
ROBERT MUELLER, et al,

RECEIVED
FEB 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of Court;

Nancy Mayer Whittington,

I am forwarding these service addresses per order of the court, as information from Ms McGann in the FBI Litigation Unit seems to be misleading. As a result again here are the service addresses, the Baltimore office is where the agent is directly attached to, however the litigation unit specifically directed service for <u>this defendant</u> at FBI headquarters. I do not know what else there is for me to do, this information would be at the courts disposal at 202-324-7141 at the FBI OPR, the director is Candice, please understand I am a prisoner I have already done some impossible things for an inmate to do as far as discovering information, However, I cannot control the FBI's purposeful obfuscation of a service address.

As a collateral matter, would you update my service address to mark everything legal mail, I am experiencing a significant delay due to this ommission. I have also not recieved copies of the summons served in this case, would you please forward them to me for my record.

Respectfully

Michael Paolone

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT ORIGINAL COPY OF "DEFENDANTS SERVICE ADDRESS" HAS BEEN SENT FIRST CLASS MAIL, POSTAGE PRE PAID TO THE FOLLOWING:

CLERKS OFFICE
UNITED STATES DISTRICT COURT
333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C. 20001

THIS 18TH DAY OF JANUARY 2006

*[signature]*
PLAINTIFF PRO SE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. PAOLONE

VS.                                C.A. No. 05-2300 JDB

ROBERT MUELLER, ET AL

PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER

Defendant's name: Timothy J. Healy
Defendant's address: Federal Bureau of Investigation
7142 Ambassador Road, Baltimore Maryland
21244-2754

Defendant's name: Timothy J. Healy
Defendant's address: Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Ave
Washington, DC 20535

Defendant's name:
Defendant's address:

Defendant's name:
Defendant's address:

Defendant's name:
Defendant's address:

Defendant's name:

2-8-06

ORIGINAL