UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL PAOLONE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2300 (JDB) |
| ) | |
| v. ) | |
| ) | |
| **ROBERT MUELLER,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Federal Defendant's Opposition to Plaintiff's Service Request. Upon consideration of the motion, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Federal Defendant's Opposition to Plaintiff's Service Request should be and hereby is GRANTED and Civil Action No. 05-2300 (JDB) be dismissed without prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
U.S. Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530

Michael Paolone
# 25408-89213
CENTRAL UTAH CORRECTIONAL FACILITY
P. O. Box 550
Gunnison, UT 84634-0550