IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. PAOLONE,  )
      Plaintiff,  )
        )
v  )
  )
  )  CIVIL ACTION : 05-2300 (JDB)
ROBERT MUELLER, et al,  )
      Defendants,  )
  )

RECEIVED
APR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS RESPONSE TO OPPOSITION
TO PLAINTIFFS SERVICE REQUEST

  Plaintiff Michael L. Paolone reaffirms with this court, that the current service problems are a direct result from the misinformation and refusal to provide information concerning service addresses for the service of Defendant Mueller in his individual capacity, and service of Defendant Healy in both capacities. The instructions by counsel at the Federal Bureau of Investigation are repeated several times on several occasions, plaintiff has discussed this previously.

  Plaintiff requests that the door to the court not be permitted to close simply because a defendant or defendants attempt to evade service, the plaintiff has done everything possible including include the service addresses in the complaint several times. Plaintiff has contacted the FBI and obtained instructions. This court is well aware that whether plaintiff is incarcerated or not, the private home of the Director of the FBI and Agent Healy will not be revealed, and rightfully should not be. Defendants wish to convince this court that service is never accepted or effected to a federal defendant unless its effected at his home.

Plaintiff mis-states the rule cited, Rule 4(e) in total states as follows; in relation to delivery of a copy of summons and complaint;

(2) by delivering a copy of the summons and of the complaint to the individual personally **or** by leaving copies thereof at the individuals dwelling or usual place of abode with some person of suitable age and descretion then residing therein **or** by delivering a copy of the summons and of the complaint to an agent authorized by appointment or law to recieve service of process.

Rule 4(i) SERVING THE UNITED STATES, ITS Agencies, Corporations, officers or employees;

(i)(2)(a) Service on an agency or corporation of the United States, or an officer or employee of the united states, sued only in an official capacity, is effected by serving the United States in the manner prescribed in Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered mail or certified mail to the officer, employee, agency or corporation.

(i)(2)(B) Service on an officer or employee of the United States sued in an individual capacity for acts or ommissions occurring in connection with performance of duties on behalf of the United States – whether or not the officer or employee is sued also in an official capacity – is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by serving the officer or employee in the manner prescribed by Rule 4 (e), (f) or (g)

The US Attorney is not free to reject service in either capacity, Rule 4(i)(1) and (2) require service on the United States, Attorney John Henault is currently Defendant Muellers, Defendant Healys and the FBI's agent in this matter, service of even copies of filings are SERVED upon him. The service of the complaint does not confine itself to defendants homes, if this was the case then no federal employee would get served if they functioned in a law enforcement or similar capacity.

Defendants counsel simply works to assist defendants in advoidance of service, instead of honoring the United States and having the integrity to simply fix the problem.

This matter before the court is not a federal question of service, this matter before this court concerns the overstepping of federal agents infringing upon constitutional rights guarenteed and clearly established by the constitution and laws of the United States.

If this court choses to permit this question to go unanswered and unanswered, the court surely acts within its power. Plaintiff asks however that this question not be avoided in this or any other action by simply avoiding service as defendants are doing.

The realitys of plaintiffs incarceration 2000 miles from the court simply prohibit reaching beyond the walls of confinement to play cat and mouse as defendants do, and it dishonors this court and the United States to observe its representative do so as well. Plaintiff has done all that he can do in this matter.

Plaintiff respectfully requests this court to appoint counsel for the purpose of curing service or this court SUA SPONTE cure service in this matter plaintiff does not control any part of that process.

Respectfully Submitted,

_\[signature\]_

Plaintiff,
Attorney PRO SE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd Day of April 2006, I caused the foregoing motion to be served on defendants postage pre-paid to the following ; United States Attorney / Assts United States Attorney
  Kenneth L. Wainstein, D.C. Bar # 451058
  Ruldolph Contreras, D.C. Bar # 434122
  John F. Henault, D.C. Bar # 472590
  555 4th Street, N.W - Civil Division
  Washington, D.C. 20530

_\[signature\]_
Attorney Pro Se Plaintiff
MICHAEL L PAOLONE