UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL PAOLONE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-2300 (JDB) |
| ) | |
| v. ) | |
| ) | |
| **ROBERT MUELLER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Robert Mueller, respectfully moves for an enlargement of time for all Federal Defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' response is currently due April 13, 2006. Defendant requests an enlargement of time until April 21, 2006, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this Bivens action against Robert Mueller, Special Agent Timothy Healy, and other unknown federal agents.[1] Plaintiff has sued each of the federal defendants in their official and individual capacity. Plaintiff has not, however, completed proper service of all of the federal defendants at this time. On two separate occasions, the Court has ordered plaintiff to provide the full name and address for the defendants. See Docket No. 5 and 12. At this time, it appears that plaintiff managed to serve defendant Mueller in his official capacity, but not in his

---

[1] In making this motion for an extension of time, the defendants Robert Mueller and Timothy Healy do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

individual capacity. Special Agent Healy has not been served in either his official or individual capacity.

Although defendant has begun drafting the motion to dismiss, defendant requires additional time to confirm facts necessary to include in the motion. Thus, defendant requests an extension of one week, until April 21, 2006 to file the motion.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

                                  Respectfully submitted,

                                  /s/
                                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                United States Attorney

                                  /s/
                                RUDOLPH CONTRERAS, DC BAR #434122
                                Assistant United States Attorney

                                  /s/
                                JOHN HENAULT, D.C. BAR # 472590
                                Assistant United States Attorney
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 307-1249

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**Certificate of Service**

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Michael Paolone
# 25408-89213
CENTRAL UTAH CORRECTIONAL FACILITY
P. O. Box 550
Gunnison, UT 84634-0550


on April 13, 2006

                                              /s/
                                        JOHN HENAULT, D.C. BAR # 472590
                                        Assistant United States Attorney