# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **MICHAEL PAOLONE** | ) |
| | ) |
| **Plaintiff,** | )    **Civil Action No.: 05-2300 (JDB)** |
| | ) |
| **v.** | ) |
| | ) |
| **ROBERT MUELLER,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

---

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before April 21, 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Michael Paolone
# 25408-89213
CENTRAL UTAH CORRECTIONAL FACILITY
P. O. Box 550
Gunnison, UT 84634-0550