(b)(1)(B), HABEAS, MAG, NOIPT, PRISONER

**Electronic Case Filing System**
**District of Utah LIVE (Central)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-01050-TC-BCW**

Paolone v. Friel et al
Assigned to: Judge Tena Campbell
Referred to: Magistrate Judge Brooke C. Wells
Case in other court: Second District Court, Davis County, 961700208
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/20/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Michael L. Paolone**  represented by  **Michael L. Paolone**
#25408
CENTRAL UTAH CORRECTIONAL FACILITY
PO BOX 550
GUNNISON, UT 84634-0550
PRO SE

V.

**Respondent**

**Clint Friel**
*Warden*

**Respondent**

**Mark Shurtleff**
*Attorney General*

**Notice Party**

**Prisoner Litigation Unit**  represented by  **Prisoner Litigation Unit**
US District Court, District of Utah
Email: utdecf_prisonerlitigationunit@utd.uscourts.gov

PRO SE



| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2005 | 1 | **SEALED DOCUMENT** MOTION for Leave to Proceed in forma pauperis (Received by the court on: 12/13/05) filed by Petitioner Michael L. Paolone. (jwt, ) (Entered: 12/20/2005) |
| 12/20/2005 | 2 | ORDER granting [1] Motion for Leave to Proceed in forma pauperis. . |

|  |  | Signed by Judge David Nuffer on 12/19/05. (jwt, ) (Entered: 12/20/2005) |
| --- | --- | --- |
| 12/20/2005 | 3 | PETITION for Writ of Habeas Corpus Fee Status: IFP. , filed by Michael L. Paolone.Assigned to Judge Tena Campbell (jwt, ) (Entered: 12/20/2005) |
| 12/20/2005 | 4 | Memorandum In Support re 3 Petition for Writ of Habeas Corpus filed by Petitioner Michael L. Paolone. (jwt, ) (Entered: 12/20/2005) |
| 12/20/2005 | 5 | MOTION to Appoint Counsel filed by Petitioner Michael L. Paolone. (jwt, ) (Entered: 12/20/2005) |
| 12/22/2005 | 6 | ORDER REFERRING CASE to Magistrate Judge Brooke C. Wells under 28:636 (b)(1)(B), Magistrate to handle case up to and including R&R on all dispositive matters. Signed by Judge Tena Campbell on 12/21/05 (alt) (Entered: 12/22/2005) |
| 01/06/2006 | 7 | NOTICE of Change of Address/Central Utah Correctional Facility, PO Box 550, Gunnison, UT 84634-0550 filed by Michael L. Paolone (kpf, ) (Entered: 01/17/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/07/2006 13:28:32 | | | |
| PACER Login: | us8778 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:05-cv-01050-TC-BCW |
| Billable Pages: | 1 | Cost: | 0.08 |

FILED
U.S. DISTRICT COURT

2005 DEC 22 A 10: 01

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MICHAEL L. PAOLONE,<br><br>                     Plaintiff,<br><br>vs.<br><br>CLINT FRIEL, Warden, et al.,<br><br>                     Defendants. | ORDER OF REFERENCE<br><br><br><br>Civil No. 2:05 CV 1050 TC |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(B) and the rules of this court, the above entitled case is referred to United States Magistrate Judge Brooke C. Wells. Judge Wells is directed to manage the case, receive all motions, hear oral arguments, conduct evidentiary hearings as deemed appropriate, and to submit to the undersigned judge a report and recommendation for the proper resolution of dispositive matters presented.

DATED this 21st day of December, 2005.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge