UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL PAOLONE**            ) | |
|            ) | |
|      Plaintiff,            ) | Civil Action No.: 05-2300 (JDB) |
|            ) | |
| v.            ) | |
|            ) | |
| **ROBERT MUELLER,** *et al.*,            ) | |
|            ) | |
|      **Defendants.**            ) | |
|            ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion To Dismiss, support thereof, the grounds stated therefore and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted, and

FURTHER ORDERED that this case is dismissed with prejudice.

This is a final and appealable order.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John F. Henault
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530

Michael Paolone
# 25408-89213
CENTRAL UTAH CORRECTIONAL FACILITY
P. O. Box 550
Gunnison, UT 84634-0550