UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL LOUIS PAOLONE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MUELLER, et al.,<br><br>Defendants. | Civil Action No. 05-2300 (JDB) |

## ORDER

Defendants have filed a motion to dismiss or, in the alternative, motion to transfer the case. Plaintiff is proceeding *pro se*. The Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Accordingly, it is

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss or, in the alternative, motion to transfer case within 30 days of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded and enter judgment in favor of defendants.

_____
JOHN D. BATES
United States District Judge

DATE: