UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL LOUIS PAOLONE,

Plaintiff,

v.

ROBERT MUELLER, et al.,

Defendants.

Civil Action No. 05-2300 (JDB)

### ORDER

In accordance with the Memorandum Opinion issued this 9th day of August, 2006, it is hereby

**ORDERED** that defendants' motion to dismiss or, in the alternative, to transfer [19] is **GRANTED**; it is hereby

**FURTHER ORDERED** that plaintiff's motion for a court order for the proper service addresses of defendants [15] is **DENIED;** it is hereby

**FURTHER ORDERED** that the case is **DISMISSED**.

_____/s/_____
JOHN D. BATES
United States District Court